# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GRACE JOHNSON, INDIVIDUALLY
AND ON BEHALF OF HER
DECEASED DAUGHTER, TRINA
JOHNSON

VERSUS

OUR LADY OF THE LAKE
HOSPITAL, INC. D/B/A OUR
LADY OF THE LAKE REGIONAL
MEDICAL CENTER, DR. TODD A.
TAYLOR, DR. SUDHEERA
RACHAMALLU, BATON ROUGE
GENERAL MEDICAL CENTER, DR.
NICHOLAS CAMPO, LOUISIANA
MEDICAL MUTUAL INSURANCE
COMPANY, AND THE MEDICAL
PROTECTIVE COMPANY

NO.   2019 CW 1116

**DEC 2 3 2019**

---

In Re:   Baton Rouge General Medical Center, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 631234.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

> **TMH**
> **AHP**
> **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT